JS - 6

cc:order, docket, remand letter to
Ventura County Superior Court, No.56-02011-00403808-CU-OE-VTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY ELDRED, on behalf of herself, and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BRINKER INTERNATIONAL, INC. dba CHILI'S GRILL & BAR RESTAURANTS,<br><br>    Defendant.<br>_____ | Case No. CV 12-01794 DDP (RZx)<br><br>**ORDER OF REMAND** |

THE COURT ORDERS that this action be, and hereby is, remanded.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: June 8, 2012

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge